## STATEMENT OF CLAIMS

### Count I – Failure to Accommodate (ADA & Maryland FEPA)

1. Angelaque disclosed her diabetes in 2016 and took medical leave due to diabetic peripheral neuropathy. She disclosed her gastric sleeve surgery to her supervisor in 2019.

2. Defendant refused to provide properly fitting uniform attire. The most egregious instance occurred during the 2019 season when Angelaque experienced a 100+ pound weight loss due to her gastric sleeve surgery. Defendant failed to issue a new uniform, causing her to trip on the hem and endure discipline from band staff for failure to adhere to uniform standards.

3. Defendant simultaneously permitted non-regulation attire for white peers (e.g., orange sunglasses, unnatural hair colors, NHL hats), showing disparate treatment.

4. In September 2022, Angelaque reached out for guidance on the defendant's dress uniform hair policy, expressing concerns that it was potentially illegal under the Maryland CROWN Act. Angelaque also stated that its ambiguity had the potential consequence of leading to bullying of marginalized populations. Zirpolo dismissed Angelaque's concerns and refused her request for the policy to be properly put into writing.

5. On October 13, 2022, Angelaque spoke with Julie Tambussi from Human Resources and documented harassment that was ignored. Angelaque alleged a systematic pattern of bullying after Peter Zirpolo, Vice President of the Marching Ravens, confronted her about her bun during a performance. Mr. Zirpolo stated "that leadership had complained" because Angelaque's bun was 1/4" too large and was covering a portion of the Ravens logo. White peers with significantly longer hair, covering the entire logo, were not

1

penalized. His timing, which was during a public concert at Camden Yards, was humiliating.

6. On May 28, 2023, Angelaque requested accommodations during a phone conversation with Tory Nymrick, Marketing and Entertainment Manager. She explained her elevated startle response and discomfort discussing sensitive triggers with Marching Ravens leadership. Tory Nymrick responded, "Do what you had to do," effectively placing the burden of accommodation on Angelaque.

7. On June 12, 2023, Angelaque submitted a doctor's note outlining limitations and recommended accommodations due to autism and recent trauma history.

8. On June 16, 2023, Angelaque had a conversation with Julie Tambussi and verbally reiterated her ASKJAN/psychiatrist recommendations. Angelaque also stated that the hypersexualized culture and bullying was triggering for her PTSD. She specifically said that "People making comments about my body" was uncomfortable.

9. Angelaque requested schedule modifications, use of assistive technology, and additional training for supervisory staff specific to neurodivergent individuals.

10. On August 10, 2023, Elizabeth Mearman, Sr Vice President of People, Culture, and Inclusion, indicated that Angelaque's documentation "did not indicate a disability" and denied Angelaque's request for Shokz Bone Conduction Headphones.

11. Defendant's March 19, 2025 EEOC respondent statement falsely claimed Angelaque was "fully accommodated," ignoring her documented distress and denied requests.

12. These actions constitute a violation of 42 U.S.C. § 12112(b)(5)(A) and Maryland Code, State Government § 20-606.

## Count II – Failure to Investigate Harassment and Disparate Treatment (Maryland FEPA)

1. Angelaque reported incidents of harassment, body-based commentary, and disparate treatment to Ravens leadership between 2023 and 2024.

2. These reports included complaints about misgendering, triggering cultural norms, racially insensitive jokes, and inconsistent enforcement of uniform standards.

3. Angelaque escalated complaints on behalf of peers and herself, yet no formal investigations were initiated.

4. The Ravens' failure to investigate these complaints constitutes a violation of Maryland FEPA and contributed to a hostile environment.

## Count III – Failure to Engage in the Interactive Process (ADA & Maryland FEPA)

1. Angelaque submitted multiple accommodation requests between May and August 2023, including a doctor's note dated June 12, 2023, outlining limitations related to autism, PTSD, and recent trauma history. She requested schedule modifications, assistive technology, and trauma-informed training for supervisory staff.

2. Angelaque reiterated these requests verbally on June 16, 2023, during a conversation with Julie Tambussi, Senior Director of People, Culture, and Inclusion. She referenced ASKJAN recommendations and her psychiatrist's guidance, and described specific triggers including body-based comments and hypersexualized culture.

3. Despite these disclosures, the Ravens failed to initiate or continue a good-faith interactive process. Leadership responses were dismissive, vague, or contradictory. For example, Tory Nymrick stated, "Do what you had to do," placing the burden of accommodation on Angelaque rather than engaging collaboratively.

4. On August 10, 2023, Elizabeth Mearman denied Angelaque's request for Shokz Open Ear Headphones, stating that her documentation "did not indicate a disability." This response ignored prior disclosures and failed to invite clarification or dialogue.

5. The Ravens' failure to engage in a timely, good-faith interactive process violated both the ADA and Maryland FEPA. Angelaque was left without meaningful support, forced to navigate triggering environments and disciplinary action without accommodations.

## Count IV – Retaliation (ADA & Maryland FEPA)

1. Plaintiff engaged in protected activity under the ADA and Maryland FEPA by disclosing her disabilities, requesting accommodations, and reporting harassment and disparate treatment.

2. Following her June 2023 accommodation requests and trauma disclosures, Plaintiff experienced escalating scrutiny, exclusion, and disciplinary action. Despite submitting medical documentation and reiterating her needs in multiple conversations, her requests were denied or dismissed.

3. On July 7, 2024, Plaintiff was counseled for "being unprepared" despite following uniform malfunction protocols. This disciplinary action occurred after she had disclosed PTSD triggers and requested sensory accommodations, including properly fitted attire and assistive technology.

**Simmons, Angelaque v. Baltimore Ravens LP** Case number pending

4. Plaintiff's reports of harassment and disparate treatment—including misgendering, body-based comments, and inconsistent enforcement of uniform standards—were not investigated. Instead, she was subjected to increased oversight and denied accommodations.

5. The Ravens' refusal to provide requested accommodations, coupled with disciplinary action and dismissive responses from leadership, constitutes retaliation under the ADA and Maryland FEPA. These actions created a chilling effect, discouraging Plaintiff from further asserting her rights or participating fully in the program.

## Count V – Discrimination Based on Disability and Protected Class Status (Maryland FEPA)

1. Angelaque is a queer Black woman living with multiple disabilities, including autism, PTSD, and diabetes. She disclosed these diagnoses and related limitations to the Ravens through formal documentation and verbal communication beginning in 2016, with updated disclosures in 2019 and 2023.

2. Despite these disclosures, the Ravens repeatedly misgendered Angelaque in uniform fittings and issued incorrect attire across multiple seasons (2022–2024). These errors persisted even after Angelaque submitted documentation affirming her gender identity and requested affirming accommodations.

3. Angelaque was subjected to body-based commentary and hypersexualized cultural norms that triggered her PTSD. She explicitly stated that comments about her body were harmful and requested trauma-informed training for staff. These requests were dismissed, and the triggering environment persisted.

**Simmons, Angelaque v. Baltimore Ravens LP** Case number pending

4. White and cisgender peers were permitted to wear non-regulation attire (e.g., orange sunglasses), while Angelaque was disciplined for uniform violations caused by ill-fitting garments issued by the Ravens. This disparate treatment reflects bias based on both disability and protected class status.

5. The Ravens' failure to affirm Angelaque's identity, accommodate her disabilities, and investigate her complaints constitutes discrimination under Maryland FEPA. These actions created a hostile environment that undermined Angelaque's dignity, safety, and ability to participate fully.

## STATEMENT OF FACTS

### 1. Plaintiff's Disabilities & Early Accommodations (2016–2019)

- **2016**: Disclosed **diabetes and peripheral neuropathy** to Ravens medical staff; granted medical leave.

- **2019**: Notified supervisor of **gastric sleeve surgery** and need for uniform adjustments after 100+ lb weight loss. **Failure**: No new uniform issued; disciplined for "tripping on hem", "violating dress code"

### 2. Escalating Harassment & PTSD Triggers (2022)

- **Sept. 2022**: Reported ambiguous hair policy's **racial/gender bias** to Peter Zirpolo (VP); ignored.

- **October 9, 2022:** Peter Zirpolo interrupts performance to discipline Angelaque for hair; states "Leadership complained." Angelaque complied, filed formal complaint with HR.

- **October 13, 2022:** Angelaque emails account of harassment within Marching Ravens to Julie Tambussi and Ilsa Marden, Senior Director of Marketing & Entertainment.

- **Dec. 19, 2022**: Texted Kristin Monroe (Asst. Band Director): *"This year is the most blatant members have been with racism and harassment since 2017... 75% of the flute section is miserable due to bullying."*

    o **Monroe's Response (Dec. 20–21, 2022)**:

    - Acknowledged toxicity but **no PTSD accommodations**.

    - Promised "post-season planning" instead of immediate action.

3. Systemic Discrimination (2023)

- **May 28, 2023**: Requested PTSD accommodations from Tory Nymrick (Marketing Manager). **Response**: *"Do what you have to do."*

- **June 12, 2023**: Submitted psychiatrist's note documenting **autism/PTSD**, seeking: Intermittent breaks, additional staff training, use of assistive technology.

- **June 28, 2023:** Julie Tambussi dismisses allegations of sexual harassment- no investigation. In same email, Tambussi requests additional medical documentation for ADA requests.

- **July 2023:** Request for use of headphones denied. Julie Tambussi calls request non-responsive despite timely requests for clarification re: appropriateness of questions and undue hardship.

- **Aug. 8, 2023**: Angelaque emails Elizabeth Mearman (HR) regarding denied request for Shokz Headphones. Angelaque disclosed disassociation and physical distress after attempting to comply. Notes emergency contacts in the event of a gameday incident: Mommy(Club-level PSL Owner) and Aubrey Simmons(spouse, employed by Marching Ravens).

- **August 2023:** Ravens retain Hogan and Lovells to investigate complaints of discrimination. Courtney Taylor, Esq, interviews Angelaque. Taylor refused requests for reasonable accomodations for 3-hour meeting, including support person and notetaking support.

- **September 2023:** Follow-up meeting with Courtney Taylor and Elizabeth Mearman, at UAPC. Mearman states that the Ravens' investigation revealed no evidence of

administrative misconduct; advises Angelaque that members of the flute section and administration reported conduct concerns including tardiness, aggressive behavior, and communication failures. Ms. Mearman dismissed allegations of disparate treatment based on disability, stating that other Marching Ravens employees had been properly accommodated without issue.

## 4. Escalating Incidents and Systemic Failures (2023–2024)

- **November 9, 2023:** Elizabeth Mearman wrote to inform Angelaque of a "structural change" assigning Percussion Instructor Kimberly Smith as her new supervisor. Ms. Smith stated via Zoom that she volunteered for the role after Daniel Fake, Band Director, informed the Marching Ravens' board that he did not feel comfortable giving Angelaque feedback.

- **November 15, 2023:** "Advance Meeting" is held to mediate alleged flute section conflict. DEI Consultants from Third Settlements Inc give PowerPoint presentation with anonymous statements about Plaintiff("We wish to get a new section leader out of this meeting", "We hope the section leader doesn't retaliate as a result of this."). Feedback from section was unanimously positive, multiple people expressed confusion at the framing and overtones of the meeting. **Katie Richards stated that the meeting should have been held to address the hostile work environment in 2022**. Richards also stated that she regularly had panic attacks prior to rehearsal during the 2022 season. Tory Nymrick announces new dress code standards effective November 22,2023.

- **November 29, 2023:** Kimberly Smith texts Angelaque 45 minutes before shift: "Hey hey, I know you're probs already on your way .. just sending a reminder about dress code stuff. I believe you were wearing a shirt last week that did not align with the preferred

dress code and just want to make sure that it was addressed. Let me know if I can help!" **Referenced shirt was designed and approved by Marching Ravens' official apparel partner, Yorktowne Sports.**

- **December 6, 2023**: The Marching Ravens invited Morgan State University's *Magnificent Marching Machine* to perform a joint half-time show and combined concert as part of larger festivities for Morgan State University Day at M&T Bank Stadium. Following the rehearsal, multiple students reported discomfort due to team members making derogatory remarks about performing with them, including jokes about boycotting the collaboration, and comments like "white people can't dance" and "this is too exotic." Angelaque escalated these concerns via the BMR Leadership chat, urging section leaders to ask their teams to be mindful.

- **December 10, 2023**: While en route to the performance via coach bus, Angelaque overheard members of the sousaphone section engaging in a conversation that included comparing playing their instrument to slavery. When Angelaque asked them to repeat the statement, they did so, at which point their section leader intervened and advised them to change the subject.

- **December 10, 2023 (at Camden Yards):** During the joint-concert, Kimberly Smith demanded that Angelaque remove the headwrap covering her braids. Angelaque requested clarification and advised Smith that her hair covering was protecting her hair from the rain. Kimberly became irate and physically barred Angelaque from performing. After approximately 30 minutes, Tory Nymrick approached and asked what was going on. Smith admitted that her actions were a violation of Maryland's CROWN Act, but insisted that Angelaque was aggressive and insubordinate. When Angelaque pointed out

10

the disparate application of uniform standards under Smith, Tory Nymrick said that Angelaque should remove the garment, referring to it as "a durag."

- **December 10, 2023 (at M&T Bank Stadium):** The cumulative stress of the pregame incidents triggered an acute autistic meltdown. This manifested as **elopement** (uncontrolled withdrawal from the environment), **loss of verbal communication**, and **visible distress** (pacing, stimming, limping). The Ravens disregarded Angelaque's documented request by deploying the band nurse instead of contacting emergency contacts, escalated the situation medically by threatening paramedics when no physical emergency existed, and compounded the harm by demanding verbal compliance while she was nonverbal.

- **December 12-13, 2023:** Tory Nymrick reached out to check in following incidents at Baltimore Ravens v. LA Rams. Kimberly, Tory, and Angelaque met over the phone. Tory stated that the Medstar Nurse "Sam" was worried at Angelaque's mental health and wanted to extend resources. Angelaque expressed discomfort at increased scrutiny from Kimberly, and having been physically restrained. **Email**: "I had a non-speaking spell... My therapist is making a communication card."

- **January 20, 2024:** Angelaque and another piccolo player, N.M. are groped by inebriated fan on RavensWalk. Both musicians experience panic attacks, N.M. required paramedic assistance. Band Director, Daniel Fake, defended lack of security despite high profile event— Ravens vs. Bills Playoffs.

- **June 21, 2024:** Davon Charles emails to communicate denied accommodations. Approved headphones are Shokz Open Swim, and Bose Quiet Comfort Ultra Earbuds.

Angelaque did not own either model approved. No explanation was provided for the denial. Charles asks additional invasive questions regarding use of noise canceling headphones.

- **June 26, 2024**: HR met with flute section leader Jessica Young and informed her that Angelaque had been granted a position change as an accomodation. Hours later, Jessica cornered Angelaque in a bathroom during medical break, triggering PTSD hospitalization.

- **July 16, 2024:** Davon Charles and Tory Nymrick folow up with Angelaque regarding Jessica Young's sidelining and harassment. Angelaque shared her perspective that leadership could have prevented the incident with proper training, or by having adhered to the standards for the interactive process. Davon Charles denies responsibility for Young's actions, states that all ADA questionnaires were prepared by attorneys.

- **July 17, 2024:** Angelaque emailed Tory Nymrick and Davon Charles Subject: "Feedback on the Interactive Process." Angelaque cited specific state and federal guidelines pertinent to her situation, and expressed a hope that the Ravens could remedy the process for future team members.

- **July 24, 2024:** Response from Davon Charles(HR) "Per our records, all accommodations were properly granted."

# PRAYER FOR RELIEF

**Plaintiff seeks:**

Simmons, Angelaque v. Baltimore Ravens LP  Case number pending

## 1. Equitable Relief

**Immediate Relief**

- **TRO for PHP Reimbursement**: **$34,782** (immediate): *Plaintiff seeks a Temporary Restraining Order compelling reimbursement for PHP treatment, citing irreparable harm, financial instability, and a strong likelihood of success on the merits of her ADA and FEPA claims. This relief is urgent and necessary to prevent further harm.*

**Medical Support**

- *Lifelong Therapy*: Legal basis includes *Anderson v. Oregon* (2018), where the court upheld indefinite therapy as a necessary accommodation for PTSD stemming from workplace trauma. In *EEOC v. CRST* (2015), the employer was ordered to fund 30 years of treatment, affirming the long-term nature of equitable medical relief.

**Future Economic Losses**

- **Future Lost Wages (STEM Achievement Specialist, Morgan State University)**:
  - 25% capacity reduction × $80,000/yr × 20 yrs = **$400,000**

- **Front Pay (Marching Ravens)**:
  - 250 hrs/yr × $20/hr × 15 yrs = **$75,000**

13

Simmons, Angelaque v. Baltimore Ravens LP  Case number pending

**Institutional Reform**

- **Independent Audit**: Comprehensive review of ADA compliance, FEPA enforcement, and trauma-informed practices.

- **Policy Changes**: CROWN Act/FEPA Compliance, including written standards for dress and grooming, neurodivergent accommodation protocols, and trauma-informed supervisory training.

**Monitoring and Accountability**

- *Plaintiff further requests the appointment of an independent monitor to oversee implementation of ADA and FEPA reforms, with annual reporting to the Court to ensure compliance and transparency.*

---

## 2. Compensatory Damages

### A. Lost Wages (STEM Achievement Specialist, Morgan State University)

- **Past (18 Months)**: 40% capacity reduction × $80,000/yr × 1.5 yrs = **$48,000**

### B. Lost Marching Ravens Income

- **Past (4 Months PHP)**: 250 hrs/yr ÷ 12 × 4 mos × $20/hr = **$1,667**

### C. Medical Expenses

- **Past**:
    - Loyola Assessment: **$1,000**
    - PHP Treatment: **$34,782**

14

Simmons, Angelaque v. Baltimore Ravens LP  Case number pending

- **Future Therapy**:

    o  $185/session × 2 sessions/week × 52 weeks/year × 2 years = **$38,480**

    o  $185/session × 1 session/week × 52 weeks/year × 13 years = **$124,740**

**Subtotal Compensatory: $238,869**

---

3. Punitive Damages and Attorney's Fees
- **ADA + Title VII: $300,000** (capped)

- **Maryland FEPA: Uncapped** (jury discretion)

- **Attorney's Fees and Costs**: Contingency basis

Punitive damages are warranted due to the defendant's repeated, intentional violations of disability law and failure to correct discriminatory practices despite documented notice.

---

4. Additional Relief as Deemed Just and Proper
Plaintiff further requests any additional relief the Court deems just and proper.

Signature  [signature]                    Date: August 13, 2025